AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Target Phone #1 as particularly described in attachment<br>A to the search warrant affidavit of SA Britton Lorenzen<br>dated August 6, 2024 | )<br>)<br>)<br>)<br>)<br>)    Case No.  **3:24−cr−00656** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See description of Target Phone #1 in attachment A of the affidavit of HSI Special Agent Britton Lorenzen

located in the _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See description of things to be seized in attachment B to the affidavit of HSI Special Agent Britton Lorenzen

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(b)(5) | Possession of child pornography |

The application is based on these facts:

See attached affidavit of HSI Special Agent Britton Lorenzen

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Britton B. Lorenzen*
_____
*Applicant's signature*

Britton Lorenzen, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: August 6, 2024

City and state:  Columbia, South Carolina

*Judge's signature*

Paige J. Gossett, United States Magistrate Judge
*Printed name and title*